UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARYN KREG,

    Plaintiff,

v.                                         CASE NO: 8:05-cv-1572-T-23MSS

METROPOLITAN LIFE INSURANCE
COMPANY and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

    Defendants.
_____/

**O R D E R**

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the parties' stipulation of dismissal without prejudice (Doc. 41) is **APPROVED** and the action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney's fees and costs. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on October 2, 2006.

                                                                 STEVEN D. MERRYDAY
                                                          UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
          Courtroom Deputy